UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

GREGORY THOMPSON, )
 )
    Petitioner, )
v. ) No. 1:04-cv-177
 ) *Edgar/Shirley*
RICKY BELL, WARDEN, Riverbend )
Maximum Security Institution, )
 )
    Respondent. )

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the petition and amended petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Gregory Thompson. The Honorable R. Allan Edgar, United States District Judge, having rendered a decision,

It is **ORDERED and ADJUDGED** that the action be **DISMISSED WITH PREJUDICE** on the merits.

It is **FURTHER ORDERED and ADJUDGED** that under 28 U.S.C. § 2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure, a Certificate of Appealability is issued as to certain claims by the petitioner as outlined in the Court's Final Order and Certificate of Appealability.

The petitioner's execution was previously stayed pending further orders of this Court. The **STAY WILL REMAIN IN EFFECT** pending any appeal.

Dated at *Chattanooga, Tennessee*, this 4th day of May, 2006.

                                        /s/ Patricia L. McNutt
                                        PATRICIA L. McNUTT
                                        CLERK OF COURT