# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | |
|---|---|
| **GREGORY THOMPSON**, | ) |
| Petitioner, | ) |
| | ) **Case No: 1:04-cv-177** |
| v. | ) (Judge Edgar) |
| **RICKY BELL**, Warden, | ) |
| Respondent. | ) |

## NOTICE OF APPEAL FROM A JUDGMENT OF THE EASTERN DISTRICT OF TENNESSEE TO THE SIXTH CIRCUIT COURT OF APPEALS

Notice is hereby given that Gregory Thompson, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the memorandum and order entered in this action on May 4, 2006 (R. 52).

This the 1st day of June, 2006.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

/s/ Dana C. Hansen Chavis
Dana C. Hansen Chavis, BPR #19098
Asst. Federal Community Defender
530 S. Gay Street, Suite 900
Knoxville, TN 37902
(865)637-7979

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2006, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Dana C. Hansen Chavis